**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ONTERRIA R. ADAMS,<br>Plaintiff,<br><br>v.<br><br>JEFFREY L. WILLIAMS, M.D.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-2888-SHL-cgc |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND BY ONE DAY THE DEADLINE FOR MOTIONS TO EXCLUDE EXPERT TESTIMONY**

Before the Court is Plaintiff Onterria Adams's Motion to Extend by One Day the Deadline for Motions to Exclude Expert Testimony. (ECF No. 49.) The deadline for motions to exclude expert testimony was October 9, 2026. (ECF No. 37.) One of the Plaintiff's motions to exclude expert testimony was filed, according to Plaintiff, forty-five minutes past the deadline. (ECF No. 49.) Plaintiff explains that the untimely filing does not reflect a lack of diligence but was due to technical difficulties, and, therefore, good cause exists to excuse the delay. (See ECF No. 49-1 at PageID 1034; ECF No. 49-2.) The Motion is unopposed.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ P. 16(b)(4). Based on Plaintiff's filings, good cause exists to permit the late-filed motion, because Plaintiff appears to have acted with diligence to submit the filing on time, Defendant does not oppose the motion, and the short delay will not prejudice Defendant. Therefore, the Motion is **GRANTED**, and Plaintiff's Motion in Limine to Exclude or Limit the Opinions of Defense Expert Anuj Aryal, MD, is deemed timely file. Defendant shall submit any response to the motion within the time provided by Local Rule 7.2(a)(2), measured from the entry of this Order. All other deadlines in the Scheduling Order remain in effect.

**IT IS SO ORDERED**, this 13th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE